

**Sacco & Fillas, LLP**
Attorneys at Law

31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Tel: 718 746-3440
Direct: 718 269-2254
Direct Fax: 718 744-9341

vbota@saccofillas.com
www.saccofillas.com

Tonino Sacco*
Elias N. Fillas
Luigi Brandimarte*

Malik E. Anderson
Joseph Badalov
James R. Baez*
Boris Bernstein*
Shira J. Biegacz
Richard M. Borrelli
Victor Bota
Eric S. Cantor
Joanne Ciaramella
David A. Craven
Alex Diaz
Kurt A. Doiron
Ronald B. Groman
Zachary S. Kaplan
Joseph Katz
James Y. Kim*
Elliot L. Lewis
Patricia R. Lynch
Albert R. Matuza, Jr.
Russell T. McHugh
Maria C. Papadopoulos
Lamont K. Rodgers
Richard E Schirmer
Steven T. Schwartz
Morris J. Schlaf*
Michael A. Simon
Lantao Sun
U. William Sung
Clifford R. Tucker*
Michael S. Warycha
James A. Wolff

*Also admitted in New Jersey

Bayside Office:

42-40 Bell Boulevard
Suite 300
Bayside, NY 11361

New Jersey Office:

2160 North Central Road
Suite 100-3
Fort Lee, NJ 07024

July 6, 2022

**VIA ECF**
Hon. Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   07/08/22

Re:   *Nadav Nahtomy v. FluidFreeRide LLC and Leitmotif Services d/b/a FluidFreeRide LLC*
   Civil Action No.:   1:22-cv-02363-VSB

Dear Judge Broderick:

    Until recently, the plaintiff in the above referenced matter, Nadav Nahtomy, was represented by the law firm of Edelman Krasin & Jaye PLLC, where I was employed as an associate. I recently became employed by the law firm of Sacco & Fillas, LLP. Subsequently, the Plaintiff Nadav Nahtomy agreed to substitute the law firm of Edelman Krasin & Jaye PLLC with Sacco & Fillas, LLP.

    On June 29, 2022, Sacco & Fillas, LLP transmitted a Consent to Change Attorneys to Edelman Krasin & Jaye PLLC. The respective firms are now actively working towards resolving disbursements, transferring the Plaintiff's case file and completing the attorney substitution.

    On June 29, 2022, this Court also entered an Order and Notice of Initial Conference directing the parties to jointly submit a proposed case management plan and scheduling order by July 13, 2022. Pursuant to this Court's Individual Rules, Part 1(G), I respectfully request the Court to extend the parties time to submit a proposed case management plan for thirty (30) days, until August 12, 2022, based on the pending substitution of Plaintiff's attorneys. Plaintiff has not previously requested an extension of time and defense counsel consents to Plaintiff's request. It is respectfully submitted that a 30-day extension would provide sufficient time for transfer of Plaintiff's file to the incoming firm, Sacco & Fillas LLP.



Sacco & Fillas, LLP
Attorneys at Law

Thank you for your courtesy in this matter.

31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Very truly yours,
**SACCO & FILLAS, LLP**

Victor Bota, Esq. – VB8601

CC:
VIA ECF
NILAN JOHNSON LEWIS PA
Attorneys for Defendants
Matthew C. Murphy, Reg. No. 4760856
250 Marquette Avenue South, Suite 800
Minneapolis, MN 55401
Telephone: 612-305-7500
mmurphy@nilanjohnson.com