```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   22cv2363 (DLC)
NADAV NAHTOMY,                           :
                                         :      NOTICE OF
                             Plaintiff,  :   PRETRIAL CONFERENCE
              -v-                        :
                                         :
FLUIDFREERIDE LLC and LEITMOTIF          :
SERVICES LLC d/b/a FLUIDFREERIDE LLC,    :
                                         :
                             Defendants. :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

This case has been reassigned to me for all purposes. Counsel for all parties are directed to participate in the pretrial conference at the time and place listed below. Counsel are directed to confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at a Fed. R. Civ. P. 16 conference, and to prepare and file a detailed written proposed schedule for any motions and discovery.

If this case has been settled or otherwise terminated, counsel are not required to participate in the conference, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed prior to the date of the conference via e-mail to the Orders and Judgments Clerk at the following e-mail address: judgments@nysd.uscourts.gov.

All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time; and counsel are directed to be available promptly. **The attorney who will serve as principal trial counsel must participate in the conference.**

Requests for adjournment shall be made no later than four business days before the conference and shall be made in a letter filed on ECF in accordance with the S.D.N.Y. Electronic Case Filing Rules and Instructions. The written submission must (a) specify the reasons for the adjournment, (b) state whether the other parties have consented, and (c) indicate times and

dates on succeeding Fridays when all counsel are available. Unless counsel are notified that the conference has been adjourned it will be held as scheduled.

    DATE OF CONFERENCE: **OCTOBER 21, 2022** AT **10:30 A.M.**

    The conference shall be held in Courtroom 18B, 500 Pearl Street, New York NY 10007.

    SO ORDERED:

Dated:    New York, New York
           August 23, 2022

                                          DENISE COTE
                                United States District Judge