```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :   22cv2363 (DLC)
NADAV NAHTOMY,                        :
                                      :        ORDER
                        Plaintiff,    :
          -v-                         :
                                      :
FLUIDFREERIDE LLC and LEITMOTIF       :
SERVICES LLC d/b/a FLUIDFREERIDE LLC, :
                                      :
                        Defendants.   :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On May 23, 2022, the plaintiff filed a first amended complaint in this Court asserting diversity jurisdiction pursuant to 28 U.S.C. § 1332. On August 17, 2022, this case was transferred to this Court's docket. Pursuant to this Court's Individual Practices, it is hereby

ORDERED that the plaintiff shall, by **September 9, 2022,** file on ECF a letter no longer than two pages explaining the basis for its belief that diversity of citizenship exists. Where any party is a corporation, the letter shall state both the place of incorporation and the principal place of business. In cases where any party is a partnership, limited partnership, limited liability company, or trust, the letter shall state the

citizenship of each of the entity's members, shareholders, partners, and/or trustees.

Dated: New York, New York
August 26, 2022

                                    _____
                                            DENISE COTE
                                   United States District Judge

2