```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   22cv2363 (DLC)
NADAV NAHTOMY,                           :
                                         :        ORDER
                          Plaintiff,     :
            -v-                          :
                                         :
FLUIDFREERIDE LLC and LEITMOTIF          :
SERVICES LLC d/b/a FLUIDFREERIDE LLC,    :
                                         :
                          Defendants.    :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On September 14, 2022, the plaintiff filed a letter explaining the plaintiff's basis for his belief that diversity of citizenship exists. It is hereby

ORDERED that, at the October 21, 2022 pretrial conference, the plaintiff shall be prepared to further explain the basis for his belief that diversity of citizenship exists. The plaintiff must (1) specify whether the members of Leitmotif Services LLC d/b/a FluidFreeRide LLC are individuals, corporations, partnerships, limited liability companies, or other entities, and (2) specify the citizenship of each member.

Dated:   New York, New York
         September 22, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge