```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   22cv2363 (DLC)
NADAV NAHTOMY,                           :
                                         :         ORDER
                          Plaintiff,     :
            -v-                          :
                                         :
FLUIDFREERIDE LLC and LEITMOTIF          :
SERVICES LLC d/b/a FLUIDFREERIDE LLC,    :
                                         :
                          Defendants.    :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

   As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on October 21, 2022, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. By **October 28, 2022**, parties shall contact the Chambers of Magistrate Judge Robert Lehrburger to schedule a settlement conference to occur in **December 2022**.

2. Expert reports and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed. R. Civ. P., by the party bearing the burden on an issue must be served by **January 13, 2023**. Identification of rebuttal experts and disclosure of their expert testimony must occur by **February 10, 2023**.

3. All discovery must be completed by **March 10, 2023**.

4. The Joint Pretrial Order must be filed by **April 14, 2023**.

   As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law should not be submitted unless in reply to an unanticipated legal argument in the other party's Memorandum of Law.

5. The case is placed on the **May 2023** trial ready calendar.

Dated: October 21, 2022
New York, New York

_____
DENISE COTE
United States District Judge