IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| NADAV NAHTOMY,<br><br>Plaintiff,<br><br>v.<br><br>FLUIDFREERIDE LLC and LEITMOTIF SERVICES LLC d/b/a FLUIDFREERIDE LLC,<br><br>Defendants. | Civil File No. 1:22-cv-02363-VSB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

This case is before the Court on the Parties' Stipulation [ECF _40_ ] of Dismissal With

Prejudice of all claims and counterclaims be dismissed.

IT IS ORDERED that all claims and counterclaims in this matter are hereby DISMISSED

WITH PREJUDICE, without attorneys' fees or costs to any party.

BY THE COURT:

Dated: _Jan 9_, 2023

_____
The Honorable Denise L. Cote
United States District Court